**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 24, 2007

RE:  CV 07-04675 SLM          USA-v- NEXL SPORTS PRODUCTS

Default is entered as to Nexl Sports Products LLC on 10/24/07.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator

NDC TR-4  Rev. 3/89