SCOTT N. SCHOOLS (SBN SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Assistant United States Attorney
Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Tel. No. (415) 436-6985
  Fax. No. (415) 436-7169

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. C 07-4675 MHP |
| Plaintiff, | ) |
| v. | ) **DECLARATION OF DOUGLAS K. CHANG IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| NEXL SPORTS PRODUCTS, LLC, | ) |
| Defendant. | ) Date: December 10, 2007<br>) Time: 2:00 p.m.<br>) Courtroom: No. 15, 18th Floor<br>) Judge: Marilyn Hall Patel |

I, Douglas K. Chang, declare and state as follows:

1.    I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California.

2.    In connection with my official duties, I have been assigned to represent Plaintiff United States of America in the above-entitled action.

3.    This declaration is submitted in support of the United States' Motion for Default Judgment.

4.    On September 11, 2007, the United States filed its complaint in this action to recover overdue settlement payments from Defendant NexL Sports Products, LLC, ("NexL") based on NexL's alleged breach of its Settlement Agreement with NHTSA. A true and correct copy of the complaint is attached hereto as Exhibit A, and a true and correct copy of the

Declaration of Douglas K. Chang
Case No. C 07-4675 MHP

Settlement Agreement is attached hereto as Exhibit B.

5. To date NexL has paid a total of only $36,450 toward the $100,000 civil penalties.

6. The $3,178 late payment charge was computed by multiplying 5% by the unpaid and overdue balance of $63,550.

7. NexL was personally served with a copy of the summons and complaint on September 14, 2007 through its agent for service of process, Gilbert J. Williams, but NexL has failed to appear, answer, plead, or otherwise respond to the complaint.

8. At the request of the United States, the clerk of the court entered a default against NexL on October 24, 2007.

9. NexL is neither an infant nor an incompetent person.

10. Attached hereto as Exhibit C is a true and correct copy of the publication of the Board of Governors of the Federal Reserve System on selected interest rates for the week ending October 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed by me November 2, 2007, at San Francisco, California.

/s/ Douglas K. Chang
DOUGLAS K. CHANG

Declaration of Douglas K. Chang
Case No. C 07-4675 MHP                 2