SCOTT N. SCHOOLS (SBN SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Assistant Unites States Attorney
Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Tel. No. (415) 436-6985
Fax. No. (415) 436-7169

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NEXL SPORTS PRODUCTSS, LLC,<br><br>　　　　Defendant | Case No.: C 07-4675 MPH<br><br>DECLARATION OF<br>REBECCA PENNINGTON<br>IN SUPPORT OF MOTION<br>FOR DEFAULT JUDGMENT<br><br>Date: December 10, 2007<br>Time: 2:00 p.m.<br>Courtroom: No. 15, 18th floor<br>Judge: Marilyn Hall Patel |

I, REBECCA PENNINGTON, declare as follows:

1.　I have been employed with the National Highway Traffic Safety Administration ("NHTSA" or "the Agency") since November, 2004. I started my tenure with NHTSA in the position of Deputy Chief Financial Officer ("CFO"). Since October, 2006, I have been the Associate Administrator, Deputy CFO of NHTSA. My responsibilities include the oversight and supervision of the Office of Management and Budget, Office of Acquisition Management, Office of Finance and the Office of Administrative and Management Services. I have personal knowledge of the matters set forth in this Declaration.

2.　The Agency's accounting records, including accounts receivable, such as debt collection and/or civil penalty payments, are recorded and maintained in an electronic financial

database system known as "Delphi". Delphi is the Department of Transportation's financial management system.

3. As the Deputy CFO of NHTSA, I have oversight responsibility of the Agency's accounts receivable and am the custodian of these and other of NHTSA's accounting records.

4. I am aware that NHTSA entered into a Settlement Agreement with NexL in September, 2004. Under that Agreement, NexL was obligated to pay NHTSA $100,000.00 in monthly installments by September 1, 2006.

5. At present, Delphi indicates that NHTSA has received $36,450.00 from NexL under NexL's Settlement Agreement with NHTSA. The following provides a breakdown of payments received from NexL by date, deposit number, NexL's check number and the amount of payment:

| Date | Deposit | Check Number | Amount |
|---|---|---|---|
| 11/12/2004 | 197267 | 1000303073 | $ 3,780.00 |
| 1/5/2005 | 197269 | 1000302029 | $ 3,355.00 |
| 2/24/2005 | 197275 | 1000302154 | $ 2,500.00 |
| 2/24/2005 | 197275 | 1000302153 | $ 4,145.00 |
| 2/24/2005 | 197275 | 1000302155 | $ 2,500.00 |
| 3/8/2005 | 197276 | 1000302213 | $ 2,500.00 |
| 4/22/2005 | 197282 | 1000302297 | $ 2,500.00 |
| 5/24/2005 | 197285 | 1000302355 | $ 2,500.00 |
| 6/17/2005 | 197289 | 1000302425 | $ 2,670.00 |
| 7/28/2005 | 197294 | 0059203848 | $ 2,500.00 |
| 9/8/2005 | 197298 | 0059203901 | $ 2,500.00 |
| 9/22/2005 | 197299 | 0059203928 | $ 2,500.00 |
| 11/18/2005 | 197307 | 0059203964 | $ 2,500.00 |
| Total | | | $ 36,450.00 |

6. Based upon my review of the Settlement Agreement between NexL and the Agency, and the above payments, the amount due and owing to NHTSA is 63,550.00. This figure does not include late charges under the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2007

*Rebecca Pennington*

Rebecca Pennington,

Assistant Administrator,

Deputy Chief Financial Officer