1  SCOTT N. SCHOOLS (SBN SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   DOUGLAS K. CHANG (SBN HI2922)
4  Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
5   San Francisco, CA 94102
    Tel. No. (415) 436-6985
6   Fax. No. (415) 436-7169

7  Attorneys for Plaintiff
   United States of America

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
   UNITED STATES OF AMERICA,         )
12                                    )  Case No. C 07-4675 MHP
                    Plaintiff,        )
13                                    )
             v.                       )
14                                    )  **CERTIFICATE OF SERVICE**
   NEXL SPORTS PRODUCTS, LLC,         )
15                                    )
                    Defendant.        )
16 _____   )

17         I, Tina Louie, declare:

18         That I am a citizen of the United States and employed in the City and County of San

19 Francisco, California; that my business address is United States Attorney's Office, 450 Golden

20 Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen

21 years; and that I am not a party to the above-entitled action;

22         That on November 2, 2007, I deposited in the United States mails, in an envelope bearing

23 the requisite postage, a copy of:

24                       Motion For Default Judgment

25              Declaration of Douglas K. Chang in Support of
                      Motion for Default Judgment
26
              Declaration of Rebecca Pennington in Support of
27                    Motion for Default Judgment

28                       [Proposed] Judgment

   Certificate of Service
   Case No. C 07-4675 MHP

1

2

addressed to:

3

Gilbert J. Williams
4   Agent for Service of Process
340 Bowen Avenue
5   Aptos, CA  95003

6   NexL Sports Products, LLC
121 Aviation Way
7   Watsonville, CA  95076

8   at their last known addresses at which place there is service by United States mail.

9          This certificate is executed on November 2, 2007, at San Francisco, California.

10         I certify under penalty of perjury that the foregoing is true and correct.

11

12                                 /s/  Tina Louie
                                  TINA LOUIE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28