SCOTT N. SCHOOLS (SBN SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Assistant United States Attorney
Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Tel. No. (415) 436-6985
  Fax. No. (415) 436-7169

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 07-4675 MHP |
| Plaintiff, | |
| v. | **REPLY BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| NEXL SPORTS PRODUCTS, LLC, | Date: December 10, 2007 |
| Defendant. | Time: 2:00 p.m. |
| | Courtroom: No. 15, 18th Floor |
| | Judge: Marilyn Hall Patel |

    Defendant NexL Sports Products, LLC's, opposition, if any, to the United States' Motion For Default Judgment was due by November 19, 2007. No opposition, however, has been received by the United States, and no opposition has been filed with the Court according to the Court's Pacer docket. Accordingly, the United States submits its Motion on the papers, waives oral argument, and requests the Court to enter judgment against the Defendant in accordance with the Proposed Judgment filed concurrently with its Motion.

                                                  Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

Dated: November 23, 2007      By:   /s/ Douglas K. Chang
                                                    DOUGLAS K. CHANG
                                                    Assistant U. S. Attorney

Reply Brief in Support of
Motion for Default Judgment
Case No. C 07-4675 MHP