1 SCOTT N. SCHOOLS (SBN SC 9990)
United States Attorney
2 JOANN M. SWANSON (SBN 88143)
Assistant United States Attorney
3 Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
4 Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
  Tel. No. (415) 436-6985
6  Fax. No. (415) 436-7169

7 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. C 07-4675 MHP |
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| NEXL SPORTS PRODUCTS, LLC, | ) |
| Defendant. | ) |

I, TINA LOUIE, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on November 23, 2007, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**Reply Brief in Support of Motion for Default Judgment**

Certificate of Service
Case No.: C 07-4675 MHP

1  addressed to:

2  Gilbert J. Williams
   Agent for Service of Process
3  340 Bowen Avenue
   Aptos, CA 95003

4
   NexL Sports Products, LLC
5  121 Aviation Way
   Watsonville, CA 95076

6
   at their last known addresses at which place there is service by United States mail.
7
      This Certificate is executed on November 23, 2007, at San Francisco, California.
8
      I certify under penalty of perjury that the foregoing is true and correct.
9

10                                         /s/ Tina Louie
                                           TINA LOUIE
11                                         Legal Assistant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
Case No.: C 07-4675 MHP

2