ORIGINAL



FILED

NOV 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C 07-4675 ~~SLM~~ MHP |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] JUDGMENT |
| NEXL SPORTS PRODUCTS, LLC, ) | |
| Defendant. ) | |

Defendant NexL Sports Products, LLC, having been duly served with the summons and complaint in the above-entitled action, and having failed to appear, answer, plead, or otherwise defend this action as directed in the summons and as provided by the Federal Rules of Civil Procedure;

Default against Defendant NexL Sports Products, LLC, having been duly entered by the Clerk of the Court; and *a noticed motion having been filed and served and not timely opposition having been filed; and* Entry of judgment by default against Defendant NexL Sports Products, LLC, being otherwise proper and appropriate under Rule 55(b)(1) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff United States of America shall recover from Defendant NexL Sports Products, LLC, the following:

1. The sum of $66,728;

2. Plus postjudgment interest at the rate of 4.12% per annum compounded annually pursuant to 28 U.S.C. § 1961(b) from and after the date of entry of judgment herein; and

3. Plus court filing fees in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2).

Judgment
Case No. C 07-4675 SLM

1 | Judgment is hereby entered accordingly.

RICHARD W. WIEKING
Clerk of the Court
United States District Court

Dated: 11/27/07      By: _____
Deputy Clerk of the Court