1  SCOTT N. SCHOOLS (SBN SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   DOUGLAS K. CHANG (SBN HI2922)
4  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
   Tel. No. (415) 436-6985
6  Fax. No. (415) 436-7169

7  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-4675 MHP |
| Plaintiff, ) | |
| v. ) | **NOTICE OF ENTRY OF JUDGMENT** |
| NEXL SPORTS PRODUCTS, LLC, ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that the Court herein entered its Judgment on or about November 27, 2007, in the above-entitled action. A true and correct copy of the Judgment is attached hereto as Exhibit "A".

SCOTT N. SCHOOLS
United States Attorney

Date:   11/30/07           /s/ Douglas K. Chang
                           DOUGLAS K. CHANG
                           Assistant U.S. Attorney

Notice of Entry of Judgment
Case No.: C 07-4675 MHP