ORIGINAL

FILED

NOV 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,              )
                                       )   Case No. C 07-4675-SLM *MHP*
            Plaintiff,                 )
                                       )
      v.                               )   [PROPOSED] JUDGMENT
                                       )
NEXL SPORTS PRODUCTS, LLC,             )
                                       )
            Defendant.                 )
_____)

Defendant NexL Sports Products, LLC, having been duly served with the summons and

complaint in the above-entitled action, and having failed to appear, answer, plead, or otherwise

defend this action as directed in the summons and as provided by the Federal Rules of Civil

Procedure;

Default against Defendant NexL Sports Products, LLC, having been duly entered by the

Clerk of the Court; and *a noticed motion having been filed and served and untimely opposition having been filed; and*

Entry of judgment by default against Defendant NexL Sports Products, LLC, being

otherwise proper and appropriate under Rule 55(b)(1) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff United States of America

shall recover from Defendant NexL Sports Products, LLC, the following:

1.      The sum of $66,728;

2.      Plus postjudgment interest at the rate of 4.12% per annum compounded annually

pursuant to 28 U.S.C. § 1961(b) from and after the date of entry of judgment herein; and

3.      Plus court filing fees in the amount of $350.00 pursuant to 28 U.S.C. §

2412(a)(2).

Judgment
Case No. C 07-4675 SLM

1    Judgment is hereby entered accordingly.

2                                              RICHARD W. WIEKING
3                                              Clerk of the Court
                                               United States District Court
4

5

6    Dated: 11/27/07                    By:
                                               Deputy Clerk of the Court
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
Case No. C 07-4675 SLM                    2