1  SCOTT N. SCHOOLS (SBN SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   DOUGLAS K. CHANG (SBN HI2922)
4  Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
5    San Francisco, CA 94102
     Tel. No. (415) 436-6985
6    Fax. No. (415) 436-7169

7  Attorneys for Plaintiff
   United States of America
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,         )
                                      ) No. C 07-4675 MHP
14              Plaintiff,            )
                                      )
15        v.                          )  **CERTIFICATE OF SERVICE**
                                      )
16  NEXL SPORTS PRODUCTS, LLC,        )
                                      )
17              Defendant.            )
    _____ )
18

19          I, TINA LOUIE, declare:

20          That I am a citizen of the United States and employed in the City and County of San

21  Francisco, California; that my business address is United States Attorney's Office, 450 Golden

22  Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen

23  years; and that I am not a party to the above-entitled action;

24          That on November 30, 2007, I deposited in the United States mails, in an envelope

25  bearing the requisite postage, a copy of:

26
                            **Notice of Entry of Judgment**
27

28

    Certificate of Service
    Case No.: C 07-4675 MHP

addressed to:

Gilbert J. Williams
Agent for Service of Process
340 Bowen Avenue
Aptos, CA 95003

NexL Sports Products, LLC
121 Aviation Way
Watsonville, CA 95076

at their last known addresses at which place there is service by United States mail.

    This Certificate is executed on November 30, 2007, at San Francisco, California.

I certify under penalty of perjury that the foregoing is true and correct.

                                    /s/ Tina Louie
                                  TINA LOUIE
                                  Legal Assistant